

| ABOUT US | INVESTORS | MEDIA | CAREER | CO |

Superba™ Krill Oil

**AKER BIOMARINE IN BRIEF**
**VISION**
**BUSINESS IDEA**
**KEY OBJECTIVES**
**OUR VALUES**
**PRODUCTS**
   **Superba™ Krill Oil**
   Superba Krill Caps
   Qrill™
   CLA & Tonalin®
**TECHNOLOGIES**
**SUSTAINABILITY**
**MANAGEMENT TEAM**
**BOARD OF DIRECTORS**
**FAQ**
**HISTORY**



### Healthy Superba™

Superba™ is Aker BioMarine's brand name for krill oil products for the human market.

Superba™ is rich in Omega-3 phospholipids and the antioxidant astaxanthin — both recognized for their health-promoting benefits. The phospholipids and astaxanthin found in krill promote physical and mental health.

Read more at our new Superba™ website

For contact please click here:

FOR EUROPE
FOR NORTH AMERICA
FOR ASIA



Aker BioMarine ASA, Fjordallèen 16, P.o.Box 1423 Vika, 0115 Oslo, Norway, Phone: +47 24 13 00 00 - Fax: +47 24 13 01 10
E-mail: post @ akerbiomarine.com - © 2009 Aker BioMarine ASA



| ABOUT US | INVESTORS | MEDIA | CAREER | CO |

Superba Krill Caps

**AKER BIOMARINE IN BRIEF**
**VISION**
**BUSINESS IDEA**
**KEY OBJECTIVES**
**OUR VALUES**
**PRODUCTS**
    Superba™ Krill Oil
    **Superba Krill Caps**
    Qrill™
    CLA & Tonalin®
**TECHNOLOGIES**
**SUSTAINABILITY**
**MANAGEMENT TEAM**
**BOARD OF DIRECTORS**
**FAQ**
**HISTORY**



### Superba Krill Caps - krill concentrate

Superba Krill Caps is a brand new krill concentrate, which is rich in Omega-3 phospholipids. The krill concentrate is produced on board the factory trawler Saga Sea. Superba Krill Caps is a capsulated krill product, which is in addition to Aker BioMarine's Superba™ krill oil. The new krill concentrate tablet will be sold through a cost-effective "direct-to-consumer" model in the United States from third quarter of 2009.



Aker BioMarine ASA, Fjordallèen 16, P.o.Box 1423 Vika, 0115 Oslo, Norway, Phone: +47 24 13 00 00 - Fax: +47 24 13 01 10
E-mail: post @ akerbiomarine.com - © 2009 Aker BioMarine ASA