# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

NEPTUNE TECHNOLOGIES
BIORESSOURCES, INC., ET AL.,

V.

AKER BIOMARINE ASA, ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:09-CV-11946-MLW

TO: (Name and address of Defendant)

Jedwards International, Inc.
10 Furnace Brook Parkway
Quincy, MA  02169

<u>also at</u>
39 Broad Street
Quincy, MA  02169

<u>also at</u>   141 Campanelli Drive
Braintree, MA  02184

**YOU ARE HEREBY SUMMONED** and required to serve on  Plaintiffs' attorneys, whose address is:   John J. Regan, Hollie L. Baker, Vinita Ferrera, Dean Farmer, Jr. and Jason H. Liss
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK

/s/ – Mary Cummings
(By) DEPUTY CLERK



ISSUED ON 2009-11-13 14:31:19.0, Clerk
USDC DMA



**Norfolk County Sheriff's Office,** P.O. Box 859215, Braintree, MA 02185-9215 / Tel. (781) 326-7271
**Norfolk, SS**

November 23, 2009

I hereby certify and return that on 11/20/2009 at 11:37AM I served a true and attested copy of the summons, complaint, civil cover sheet and exhibits in this action in the following manner: To wit, by delivering in hand to Edward Iorio, Corporate Officer, person in charge at the time of service for Jedwards International, Inc., at 39 Broad Street, Quincy, MA 02169. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($5.76) Total Charges $43.26

Deputy Sheriff Ronald Goguen                                        **Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

_____
Signature of Server

_____
Address of Server