UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NEPTUNE TECHNOLOGIES &
BIORESSOURCES, INC., and
L'UNIVERSITÉ DE SHERBROOKE,

Plaintiffs,

v.

AKER BIOMARINE ASA,
JEDWARDS INTERNATIONAL, INC., and
VIRGIN ANTARCTIC LLC.,

Defendants.

CASE NO. 1:09-cv-11946-MLW

NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendants in the above-captioned matter.

Respectfully submitted,

/s/ Thomas E. Dwyer
Thomas E. Dwyer, Jr. (BBO # 139660)
tdwyer@dwyercollora.com
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000
(617) 371-1037 (Facsimile)

Dated: December 10, 2009

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 10, 2009.

/s/Thomas E. Dwyer, Jr.
Thomas E. Dwyer, Jr.