UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEPTUNE TECHNOLOGIES & BIORESSOURCES, INC. and L'UNIVERSITÉ DE SHERBROOKE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AKER BIOMARINE ASA, JEDWARDS INTERNATIONAL, INC. and VIRGIN ANTARCTIC LLC.,<br><br>　　　　Defendants. | Case No. 1:09-cv-11946-MLW |

NOTICE OF APPEARANCE

　　Please enter my appearance as counsel for Defendants in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ William A. Haddad
　　　　　　　　　　　　　　　　　　William A. Haddad (BBO # 659829)
　　　　　　　　　　　　　　　　　　DWYER & COLLORA, LLP
　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　(617) 371-1000
　　　　　　　　　　　　　　　　　　(617) 371-1037 (Facsimile)
　　　　　　　　　　　　　　　　　　whaddad@dwyercollora.com

Dated:  December 10, 2009

CERTIFICATE OF SERVICE

　　I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 10, 2009.

　　　　　　　　　　　　　　　　　　/s/William A. Haddad
　　　　　　　　　　　　　　　　　　William A. Haddad