# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

NEPTUNE TECHNOLOGIES
BIORESSOURCES, INC., ET AL.,

V.

AKER BIOMARINE ASA, ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **1:09-CV-11946-MLW**

TO: (Name and address of Defendant)

    Aker BioMarine ASA
    Fjordalleen 16
    P.O. Box 1423 Vika
    Oslo, Norway

**YOU ARE HEREBY SUMMONED** and required to serve on

    Attorney for Plaintiffs
    John J. Regan
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH ALLISON THORNTON
CLERK

/s/ – Mary Cummings
(By) DEPUTY CLERK

ISSUED ON 2009-11-13 14:31:19.0, Clerk
USDC DMA

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | DATE | December 15, 2009 |
| NAME OF SERVER *(PRINT)* Jason H. Liss | TITLE | Associate, Wilmer Cutler Pickering Hale and Dorr LLP |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Counsel for Aker BioMarine ASA proposed to and did, by electronic mail on December 15, 2009, accept service of the summons and complaint on behalf of Aker BioMarine ASA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/16/2009
            Date

*Signature of Server*

60 State Street Boston, MA 02109
*Address of Server*