# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEPTUNE TECHNOLOGIES & BIORESSOURCES INC., and L'UNIVERSITÉ DE SHERBROOKE, <br><br> Plaintiffs, <br><br> v. <br><br> AKER BIOMARINE ASA, JEDWARDS INTERNATIONAL, INC., and VIRGIN ANTARCTIC LLC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 1:09-cv-11946-MLW <br><br> CORPORATE DISCLOSURE STATEMENT |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3(A), Plaintiff Neptune Technologies & Bioressources Inc. ("Neptune") hereby states that it has no parent corporation and that no publicly held company holds 10% or more of its stock.  Neptune will promptly supplement this statement upon any change to this information.

December 16, 2009

Respectfully submitted:

Neptune Technologies & Bioressources Inc.,
by its attorneys

/s/ Jason H. Liss
Jason H. Liss

John J. Regan
Hollie L. Baker
Vinita Ferrera
Dean Farmer, Jr.
Jason H. Liss
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

## **CERTIFICATE OF SERVICE**

      I certify that on this day, the 16th of November, 2009, this document has been filed pursuant to the electronic filing requirements of this District, which provide for service on counsel of record.

                                    /s/ Jason H. Liss  
                                    Jason H. Liss

US1DOCS 7359840v1