UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NEPTUNE TECHNOLOGIES &
BIORESSOURCES, INC. and
L'UNIVERSITÉ DE SHERBROOKE,

    Plaintiffs,

  v.

AKER BIOMARINE ASA,
JEDWARDS INTERNATIONAL, INC. and
VIRGIN ANTARCTIC LLC.,

    Defendants.

Case No. 1:09-cv-11946-MLW

NOTICE OF APPEARANCE

    Please enter my appearance as counsel for Defendants in the above-captioned matter.

    Respectfully submitted,

/s/ Mark A. Pals
Mark A. Pals (admitted *pro hac vice*)
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Phone: 312-862-2450
Fax:   312-862-2200
mark.pals@kirkland.com

Dated:  December 30, 2009

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this document was served on all parties via First Class Mail on December 30, 2009.

/s/Mark A. Pals
Mark A. Pals