UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEPTUNE TECHNOLOGIES & BIORESSOURCES, INC. and L'UNIVERSITÉ DE SHERBROOKE,<br><br>    Plaintiffs,<br><br>    v.<br><br>AKER BIOMARINE ASA, JEDWARDS INTERNATIONAL, INC. and VIRGIN ANTARCTIC LLC.,<br><br>    Defendants. | Case No. 1:09-cv-11946-MLW |

NOTICE OF APPEARANCE

    Please enter my appearance as counsel for Defendants in the above-captioned matter.

Respectfully submitted,

/s/ Elizabeth Nemo
Elizabeth Nemo (admitted *pro hac vice*)
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Phone: 312-862-7160
Fax:    312-862-2200
elizabeth.nemo@kirkland.com

Dated: December 30, 2009

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all parties via First Class Mail on December 30, 2009.

/s/Elizabeth Nemo
Elizabeth Nemo