# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEPTUNE TECHNOLOGIES & BIORESSOURCES, INC. and L'UNIVERSITÉ DE SHERBROOKE, <br><br> Plaintiffs, <br><br> v. <br><br> AKER BIOMARINE ANTARCTIC AS AKER BIOMARINE ASA, JEDWARDS INTERNATIONAL, INC. and VIRGIN ANTARCTIC LLC, <br><br> Defendants. <br><br>———————————————————— <br><br> AKER BIOMARINE ANTARCTIC AS, JEDWARDS INTERNATIONAL, INC. and VIRGIN ANTARCTIC LLC, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> NEPTUNE TECHNOLOGIES & BIORESSOURCES, INC. and L'UNIVERSITÉ DE SHERBROOKE, <br><br> Counterclaim Defendants. | Case No. 1:09-cv-11946-MLW |

**DECLARATION OF AMANDA J. HOLLIS IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND TO <u>EXTEND THE DEADLINES FOR SERVING EXPERT REPORTS</u>**

I, Amanda J. Hollis, declare as follows:

1.  I am a member of the state bar of Illinois and have been admitted *pro hac vice* in the District of Massachusetts. I work at in the Chicago office of the law firm of Kirkland & Ellis LLP, and I represent the Defendants and Counterclaim Plaintiffs in the above-captioned case.

2.      I am familiar with the documents filed with the Court in this litigation, the Court's orders, and the documents and correspondence that have been served and produced in this case.

3.      I have personal knowledge of the facts stated in this Declaration.

4.      Attached hereto as Exhibit A is a true and accurate copy of e-mail correspondence from Amanda Hollis, counsel for Defendants, to Sadaf Abdullah, counsel for Plaintiffs, dated September 15, 2010.

5.      Attached hereto as Exhibit B is a true and accurate copy of e-mail correspondence between Amanda Hollis and Sadaf Abdullah dated September 10, 2010.

6.      Attached hereto as Exhibit C is a true and accurate copy of Plaintiffs' Amended First Supplemental Response to Defendants' First Set of Interrogatories (Nos. 1–9), served on August 11, 2010.  Exhibit C contains confidential information and is being filed under seal.  A public, redacted version is being filed as well.

7.      Attached hereto as Exhibit D is a true and accurate copy of an excerpt from the transcript of the August 27, 2010 deposition of Anne Grethe Gustavsen.  Exhibit D contains confidential information and is being filed under seal.  A public, redacted version is being filed as well.

8.      Attached hereto as Exhibit E is a true and accurate copy Plaintiffs' First Set of Requests for Production (Nos. 1–32), served on April 30, 2010.

9.      Attached hereto as Exhibit F is a true and accurate copy of the document Bates stamped AKER000033–42, produced by Defendants to Plaintiffs on April 1, 2010.  Exhibit F contains confidential information and is being filed under seal.  A public, redacted version is being filed as well.

10. Attached hereto as Exhibit G is a true and accurate copy of correspondence from Amanda Hollis, counsel for Defendants, to Vinita Ferrera, counsel for Plaintiffs, regarding production of the documents Bates stamped AKER000022–003413 and dated April 1, 2010. Exhibit G contains confidential information and is being filed under seal. A public, redacted version is being filed as well.

11. Attached hereto as Exhibit H is a true and accurate copy of correspondence from Amanda Hollis to Sadaf Abdullah, counsel for Plaintiffs, dated September 1, 2010.

12. Attached hereto as Exhibit I is a true and accurate copy of correspondence from Sadaf Abdullah to Amanda Hollis dated September 2, 2010.

13. Attached hereto as Exhibit J is a true and accurate copy of correspondence from Amanda Hollis to Sadaf Abdullah dated September 9, 2010.

14. Attached hereto as Exhibit K is a true and accurate copy of Plaintiffs' Disagreements With Defendants' Proposed Constructions, sent by Sadaf Abdullah to Amanda Hollis via e-mail on September 24, 2010.

15. Attached hereto as Exhibit L is a true and accurate copy of correspondence from Sadaf Abdullah to Amanda Hollis dated September 24, 2010.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed:  September 30, 2010          /s/ *Amanda J. Hollis*
                                       Amanda J. Hollis

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2010, a true and correct copy of the foregoing **DECLARATION OF AMANDA J. HOLLIS IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND TO EXTEND THE DEADLINES FOR SERVING EXPERT REPORTS** was served via the Court's ECF system upon counsel of record for Plaintiffs Neptune Technologies & Bioressources, Inc. and L'Université de Sherbrooke.

/s/ *Amanda J. Hollis*