# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEPTUNE TECHNOLOGIES & BIORESSOURCES, INC. and L'UNIVERSITÉ DE SHERBROOKE, <br><br> Plaintiffs, <br><br> v. <br><br> AKER BIOMARINE ANTARCTIC AS AKER BIOMARINE ASA, JEDWARDS INTERNATIONAL, INC. and VIRGIN ANTARCTIC LLC, <br><br> Defendants. <br><br>――――――――――――――― <br><br> AKER BIOMARINE ANTARCTIC AS, JEDWARDS INTERNATIONAL, INC. and VIRGIN ANTARCTIC LLC, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> NEPTUNE TECHNOLOGIES & BIORESSOURCES, INC. and L'UNIVERSITÉ DE SHERBROOKE, <br><br> Counterclaim Defendants. | Case No. 1:09-cv-11946-MLW |

**DECLARATION OF AMANDA J. HOLLIS IN SUPPORT OF DEFENDANTS' SECOND MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN THE POSSESSION OF THE INVENTORS OF THE PATENT-IN-SUIT**

I, Amanda J. Hollis, declare as follows:

1. I am a member of the state bar of Illinois and have been admitted *pro hac vice* in the District of Massachusetts. I work at in the Chicago office of the law firm of Kirkland & Ellis LLP, and I represent the Defendants and Counterclaim Plaintiffs in the above-captioned case.

2. I am familiar with the documents filed with the Court in this litigation, the Court's orders, and the documents and correspondence that have been served and produced in this case.

3. I have personal knowledge of the facts stated in this Declaration.

4. Attached hereto as Exhibit A is a true and accurate copy of correspondence from Laura Shine, paralegal for counsel for Plaintiffs, to Amanda Hollis dated September 8, 2010.

5. Attached hereto as Exhibit B is a true and accurate copy of an excerpt from the transcript of the September 14, 2010 deposition of Adrien Beaudoin. Exhibit B contains confidential information and is being filed under seal. A public, redacted version is being filed as well.

6. Attached hereto as Exhibit C is a true and accurate copy of an excerpt from the transcript of the September 13, 2010 deposition of Geneviéve Martin. Exhibit C contains confidential information and is being filed under seal. A public, redacted version is being filed as well.

7. Attached hereto as Exhibit D is a true and accurate copy of correspondence from Amanda Hollis to Sadaf Abdullah, counsel for Plaintiffs, dated September 20, 2010. Exhibit D contains confidential information and is being filed under seal. A public, redacted version is being filed as well.

8. Attached hereto as Exhibit E is a true and accurate copy of correspondence from Sadaf Abdullah to Amanda Hollis dated September 23, 2010. Exhibit E contains confidential information and is being filed under seal. A public, redacted version is being filed as well.

9. Attached hereto as Exhibit F is a true and accurate copy of correspondence from Sadaf Abdullah to Amanda Hollis dated September 24, 2010. Exhibit F contains confidential information and is being filed under seal. A public, redacted version is being filed as well.

10. Attached hereto as Exhibit G is a true and accurate copy of correspondence from Sadaf Abdullah to Amanda Hollis dated August 11, 2010.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed: October 1, 2010        /s/ *Amanda J. Hollis*
                                 Amanda J. Hollis

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010, a true and correct copy of the foregoing **DECLARATION OF AMANDA J. HOLLIS IN SUPPORT OF DEFENDANTS' SECOND MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND THINGS IN THE POSSESSION OF THE INVENTORS OF THE PATENT-IN-SUIT** was served via the Court's ECF system upon counsel of record for Plaintiffs Neptune Technologies & Bioressources, Inc. and L'Université de Sherbrooke.

/s/ *Amanda J. Hollis*