**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEPTUNE TECHNOLOGIES & BIORESSOURCES, INC., and L'UNIVERSITÉ DE SHERBROOKE,<br><br>   Plaintiffs,<br><br>  v.<br><br>AKER BIOMARINE ASA, AKER BIOMARINE ANTARCTIC AS, JEDWARDS INTERNATIONAL, INC., and VIRGIN ANTARCTIC LLC,<br><br>   Defendants.<br>_____<br><br>AKER BIOMARINE ANTARCTIC AS, JEDWARDS INTERNATIONAL, INC., and VIRGIN ANTARCTIC LLC,<br><br>   Counterclaim Plaintiffs,<br><br>  v.<br><br>NEPTUNE TECHNOLOGIES & BIORESSOURCES, INC., and L'UNIVERSITÉ DE SHERBROOKE,<br><br>   Counterclaim Defendants. | Case No. 1:09-cv-11946-MLW |

**<u>DECLARATION OF ANTOINE THIERY</u>**

I, Antoine Thiery do hereby declare and state:

1. I am over eighteen years of age, have personal knowledge of the matters set forth herein and could competently testify as to the truth of each statement if called as a witness.

2. I am currently employed by Naturex S.A.

**REDACTED**

# REDACTED

14.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 7, 2010

/s/     Antoine Thiery
Antoine Thiery

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2010, a true and correct copy of the foregoing **DECLARATION OF ANTOINE THIERY**, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 7, 2010.

/s/ *Matthew J. Shiels*