## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

NEPTUNE TECHNOLOGIES        )
BIORESSOURCES, INC. and         )
L'UNIVERSITÉ DE SHERBROOKE,    )
                               )
       Plaintiffs,            )
                               )
    v.                        )
                               )   Case No. 1:09-cv-11946-MLW
AKER BIOMARINE ANTARCTIC AS    )
AKER BIOMARINE ASA,          )
JEDWARDS INTERNATIONAL, INC. and  )
VIRGIN ANTARCTIC LLC,        )
                               )
       Defendants.          )
_____ )
                               )
AKER BIOMARINE ANTARCTIC AS,   )
JEDWARDS INTERNATIONAL, INC. and  )
VIRGIN ANTARCTIC LLC,        )
                               )
       Counterclaim Plaintiffs,   )
                               )
    v.                        )
                               )
NEPTUNE TECHNOLOGIES &      )
BIORESSOURCES, INC. and         )
L'UNIVERSITÉ DE SHERBROOKE,    )
                               )
       Counterclaim Defendants.   )

## AKBM ANTARCTIC'S RESPONSE TO PLAINTIFFS' STATEMENT
## PURSUANT TO LOCAL RULE 56.1

**REDACTED**

Dated:  January 21, 2011

Respectfully submitted,

/s/ *Matthew J. Shiels*

Mark A. Pals, P.C. *(pro hac vice)*
Amanda Hollis *(pro hac vice)*
Matthew Shiels *(pro hac vice)*
Elizabeth Nemo *(pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
(312) 862-2000
mark.pals@kirkland.com
amanda.hollis@kirkland.com
matthew.shiels@kirkland.com
elizabeth.nemo@kirkland.com

Peter E. Gelhaar (BBO# 188310)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
peg@dcglaw.com

*Attorneys for Defendants and Counterclaim Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2011, a true and correct copy of the foregoing **AKBM ANTARCTIC'S RESPONSE TO PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 56.1**, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on January 21, 2011.

/s/ *Matthew J. Shiels*